**FILED**

07/30/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: PR 24-0442

Pamela D. Bucy
Chief Disciplinary Counsel
P.O. Box 1099
Helena, MT 59624-1099
Tel: (406) 442-1648
pbucy@montanaodc.org

Office of Disciplinary Counsel

BEFORE THE COMMISSION ON PRACTICE OF THE

SUPREME COURT OF THE STATE OF MONTANA

\* \* \* \* \* \* \* \* \* \* \* \* \*

IN THE MATTER OF MICHAEL D. MONTGOMERY,

An Attorney at Law,

Respondent.

) Supreme Court Cause No. PR 24-0442
)
) ODC File No. 23-162
)
) **ADMISSION OF SERVICE**
)
)

I, MICHAEL D. MONTGOMERY, Respondent, do hereby admit service of the Citation and Complaint on this _26_ day of _July_ 2024, by personal receipt of true and correct copies of the Citation and Complaint via email at montlaw2002@yahoo.com, and acknowledge that due and legal service of process has been made upon me.

DATED this _26_ day of _July_, 2024

_____
Michael D. Montgomery
185 Walden Court
Nekoosa, WI 54457